**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>**Plaintiffs,**<br>**v.**<br><br>**27TH/PICO BOULEVARD II LIMITED PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants** | **Case No: 2:26-cv-03017-MEMF-SK**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice Plaintiffs' complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: September 22, 2026

By: ______________________________
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge